FILED
OCT 04 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLADIGM, INC., | CASE NO. 5:11-cv-05416-EJD |
| Plaintiff(s), | **ORDER APPOINTING SETTLEMENT COUNSEL** |
| v. | |
| MIN MING TARNG, | |
| Defendant, Pro Se. | |

Pursuant to the Court's Assisted Settlement Conference Program, an unrepresented party, defendant MIN MING TARNG, requested and is in need of counsel to assist him at the Court-ordered settlement conference. The FLASH program located volunteer attorneys willing to be appointed for the limited purpose of representing Mr. TARNG in the settlement conference,

IT IS HEREBY ORDERED THAT:

Robert Artuz of Kilpatrick Townsend & Stockton LLP are appointed Settlement Counsel. This appointment and limited representation shall conclude upon the completion of the settlement conference and any follow-up activities ordered by the settlement judge.

Settlement Counsel shall notify the Court promptly upon the completion of the settlement conference and any follow-up activities. The Court shall then issue an order relieving the Settlement Counsel from their limited representation of Mr. TARNG.

**IT IS SO ORDERED.**

Dated: 10/4/12

_____
EDWARD J. DAVILA
United States District Judge