United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLADIGM, INC., | CASE NO. 5:11-cv-05416 EJD |
| Plaintiff(s), | **ORDER REFERRING MOTION TO MAGISTRATE JUDGE HOWARD R. LLOYD** |
| v. | |
| MIN MING TARNG, | |
| Defendant(s). | [Docket Item No(s). 106] |

The document entitled "Notice of Motion and Motion for Stopping Bad Faith Deposition" (see Docket Item No. 106) filed by Defendant on September 28, 2012, which this court has construed as a discovery related matter, is hereby REFERRED to Magistrate Judge Howard R. Lloyd for resolution.

**IT IS SO ORDERED.**

Dated: October 9, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-05416 EJD
ORDER REFERRING MOTION TO MAGISTRATE JUDGE HOWARD R. LLOYD