**United States District Court**
For the Northern District of California

\*E-FILED:  October 16, 2012\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLADIGM, INC., | No. C11-05416 EJD (HRL) |
| Plaintiff, | **ORDER RE PARTIES' DISCOVERY MOTIONS** |
| v. | [Re: Dkt. Nos. 106, 111, 126] |
| MIN MING TARNG, | |
| Defendant. | |

Pro se defendant Min Ming Tarng has filed a "Motion for Stopping Bad Faith Deposition in Unreasonable Manner to Annoy, Embarrass and Oppress the Defendant." (Dkt. No. 106). Essentially, Tarng seeks a protective order preventing plaintiff Soladigm, Inc. (Soladigm) from taking his deposition. For its part, Soladigm has filed a motion to compel Tarng to appear for deposition and to produce certain documents. (Dkt. No. 111). Upon consideration of the moving papers, as well as the discussion held at the October 16, 2012 hearing, this court rules as follows:

1. Soladigm is entitled to depose Tarng, and Tarng shall appear for his deposition on October 25, 2012, 9:30 a.m.. Unless otherwise stipulated or ordered by the court, Tarng's deposition shall last no more than 7 hours (not including breaks). FED. R. CIV. P. 30(d). The parties advise that they currently are meeting and conferring about having the deposition proceed in San Jose or possibly some other location. Failing agreement, Tarng shall appear for

1 his deposition, as noticed, in San Francisco: Farella Braun + Martel, 235 Montgomery Street, 17th Floor.

2. Soladigm is entitled to complete copies of all documents Tarng referenced or quoted in his discovery responses. There is no indication that the documents are privileged or otherwise subject to protection from discovery. Tarng shall produce complete copies of all such documents by **October 22, 2012**.

3. The parties are reminded of their obligation to meet-and-confer with one another in good faith about all matters in this litigation generally—and especially before bringing discovery disputes to the court's attention. Indeed, the court will not entertain any discovery matters, unless the parties have previously conferred for the purpose of attempting to resolve all disputed issues. See Civ. L.R. 37-1(a); see also this court's Standing Order re Civil Discovery Disputes, Section 2.

4. Any other pending discovery motions, including the one filed by defendant on October 11, 2012 (Dkt. No. 126), will be terminated and the noticed hearings will be vacated. The parties shall instead comply with the undersigned's Standing Order re Civil Discovery Disputes.

SO ORDERED.

Dated: October 16, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1 | 5:11-cv-05416-EJD Notice has been electronically mailed to:

2 | Christoffer Lee     clee@fbm.com

3 | Erik Christopher Olson     eolson@fbm.com, DGracia@fbm.com

4 | Jessica Koren Nall     jnall@fbm.com, bheuss@fbm.com, calendar@fbm.com

5 | Robert John Artuz     rartuz@kilpatricktownsend.com, amorjig@kilpatricktownsend.com

6 | Roderick Manley Thompson     rthompson@fbm.com, adugan@fbm.com, calendar@fbm.com

8 | 5:11-cv-05416-EJD Notice sent by U.S. Mail to:

9 | Min Ming Tarng, Ph.D
1367 Glenmoor Way
San Jose, CA 95129

**United States District Court**
For the Northern District of California