FILED

OCT 1 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SOLADIGM, INC.,

               Plaintiff(s),

   v.

MIN MING TARNG,

               Defendant, Pro Se.

CASE NO. 5:11-cv-05416-EJD

**ORDER EXPANDING THE SCOPE OF
APPOINTED PRO BONO COUNSEL**

Pursuant to the Court's Assisted Settlement Conference Program, an unrepresented party, defendant MIN MING TARNG, requested and was in need of counsel to assist him at the Court-ordered settlement conference. The FLASH program located volunteer attorney Robert Artuz, Esq. of Kilpatrick Townsend & Stockton LLP, who was willing to be appointed for the limited purpose of representing Mr. TARNG in the settlement conference.

By Order dated October 4, 2012, Mr. Artuz was appointed Settlement Counsel.

Mr. Artuz and Mr. TARNG request that the Court expand the scope of appointed counsel to include defense of Mr. TARNG's upcoming deposition.

This expanded appointment and limited representation of Mr. TARNG shall include defense of his deposition and shall conclude upon the completion of the settlement conference, and any follow-up activities ordered by the settlement judge.

The Court shall then issue an order relieving the Settlement Counsel from his limited representation of Mr. TARNG.

**IT IS SO ORDERED.**

Dated: 10/19/2012

_____
EDWARD J. DAVILA
United States District Judge

United States District Court

For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

SOLADIGM, INC.,

             Plaintiff,

  v.

MIN MING TARNG et al,

             Defendant.

                                   /

Case Number: CV11-05416 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Min Ming Tarng
1367 Glenmoor Way
San Jose, CA

Dated: October 19, 2012

                                 Richard W. Wieking, Clerk
                                 /s/ By: Elizabeth Garcia, Deputy Clerk