IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLADIGM, INC., | CASE NO. 5:11-cv-05416 EJD |
| Plaintiff(s), | **ORDER RE: MOTION FOR LEAVE TO FILE** |
| v. | |
| MIN MING TARNG, | [Docket Item No(s). 139] |
| Defendant(s). | |

On October 25, 2012, Defendant Min Ming Tarng filed a Motion for Leave to File First Supplemental Answer and Counterclaims. See Docket Item No. 139. Pursuant to Civil Local Rule 7-3(a), Plaintiff Soladigm, Inc. shall file its opposition or notice of non-opposition to Defendant's motion on or before November 8, 2012. Defendant may file a reply on or before November 15, 2012. The motion will thereafter be deemed submitted for decision and the court will issue an order based on the pleadings.

**IT IS SO ORDERED.**

Dated: October 30, 2012

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-05416 EJD
ORDER RE: MOTION FOR LEAVE TO FILE