UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Soladigm, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Min Ming Tarng, <br><br> Defendant. | Case No.  5:11-cv-05416 EJD <br><br> **[PROPOSED]** **ORDER ENFORCING SETTLEMENT AGREEMENT AND DISMISSING ACTION** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[Proposed] Order Enforcing Settlement
Agreement and Dismissing Action
Case No. 5:11-cv-05416 EJD

27001\3451151.1

This matter comes before the Court on its Order to Show Cause (D.N. 150) and the parties' Joint Statement in response to that Order (D.N. 170 (unredacted version filed under seal) and D.N. 171 (public redacted version)).

Having considered the parties' submissions and supporting papers, and after conducting a hearing on the matter, the Court finds that the Release and Settlement Agreement entered into by Plaintiff View, Inc. (formerly known as "Soladigm, Inc.") and Defendant Min Ming Tarng on November 7, 2012 before Magistrate Judge Paul S. Grewal, a copy of which was attached as Exhibit A to the Declaration of Erik Olson that was submitted in this Action on December 7, 2012 (the "Settlement Agreement") (D.N. 172 (filed under seal)), is binding on the parties and enforceable. The Court therefore APPROVES the Settlement Agreement as a complete agreement of the parties that resolves this Action in its entirety.

Accordingly, pursuant to the terms of the Settlement Agreement, which are incorporated fully into this Order by reference, IT IS HEREBY ORDERED that:

- All claims and counterclaims of any party in this Action are hereby DISMISSED WITH PREJUDICE;
- This Order is a final judgment on the merits and shall preclude any party to this Action from asserting in this Court or in any other court, administrative agency, or other tribunal, whether federal or state, public or private, any and all causes of action, claims, demands, costs, expenses, liability, attorney's fees and debts whatsoever, in law or in equity, in any way related to, arising from, or connected with the facts and circumstances alleged in or pertaining to the Action;
- The Court shall retain exclusive jurisdiction to enforce the Settlement Agreement for a period of three (3) years from the date of this Order; and
- The parties shall treat the Settlement Agreement as "CONFIDENTIAL" under the Protective Order entered by Magistrate Judge Howard R. Lloyd in this Action (D.N. 138). This means that the parties shall not publish to any third party, except as allowed under the Protective Order, the Settlement Agreement itself, nor any of its terms, whether verbatim or in substance.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[Proposed] Order Enforcing Settlement Agreement and Dismissing Action
Case No. 5:11-cv-05416 EJD

- 1 -

27001\3451151.1

1   IT IS SO ORDERED. The Clerk shall close this file.

3   Dated: December 17, 2012

_____
Hon. Edward J. Davila
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[Proposed] Order Enforcing Settlement
Agreement and Dismissing Action
Case No.  5:11-cv-05416 EJD

- 2 -

27001\3451151.1